648

William C. Diercks, plaintiff-appellant, v. Julius Weiss and Herman Schuessler, Jr., defendants-appellees. Gen. No. 33,059.

Opinion filed April 17, 1929.
William T. Pridmore, for appellant. F. J. Karasek, for appellees.
Mr. Presiding Justice Holdom delivered the opinion of the court.

A. O. Chapin, appellee, v. E. H. Sheppley and G. W. Sheppley, trading as Sheppley Brothers, appellants. Gen. No. 33,072.

Opinion filed April 17, 1929.
Ninian H. Welch and Sol A. Hoffman, for appellants. Jacob Levy, for appellee; J. M. Givin, of counsel.
Mr. Presiding Justice Holdom delivered the opinion of the court.

Morris F. Kraus, appellee, v. Reliance Company, Inc., appellant. Gen. No. 33,086.

Opinion filed April 17, 1929.
Kamfner, Horwitz, Halligan & Daniels, for appellant. Stone, McLaughlin, Adams & Weil, for appellee.
Mr. Presiding Justice Holdom delivered the opinion of the court.

Samuel G. Alport, appellee, v. Atlas Assurance Company, Ltd., of London, England, appellant. Gen. No. 33,095.

Opinion filed April 17, 1929.
Rehearing denied May 8, 1929.
Hicks & Folonie, for appellant. Perlman, Goodman & Scolnik, for appellee.
Mr. Presiding Justice Holdom delivered the opinion of the court.